THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIFIED GROCERS, INC., a California corporation, <br><br> Defendant. | Case No. C19-0913RSL |

## ORDER

Having reviewed the unopposed motion for extension of time to answer or otherwise respond to the Complaint, the Court hereby GRANTS the motion and ORDERS that Unified Grocers, Inc.'s deadline to answer or otherwise respond to the Complaint is extended until and including August 7, 2019.

IT IS SO ORDERED.

Dated this 11th day of July, 2019.

*signature*
Robert S. Lasnik
United States District Court