UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNIFIED GROCERS, INC., <br><br> Defendant. | NO. C19-913RSL <br><br> ORDER OF REFERENCE ON CONSENT TO THE UNITED STATES MAGISTRATE JUDGE |

IT IS HEREBY ORDERED that the above-captioned matter be referred to United States Magistrate Judge Michelle L. Peterson for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) on the consent of the parties per the Joint Status Report.

All future documents filed in this case shall bear the cause number C19-913MLP.

DATED this 8th day of August, 2019.

_____
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE ON CONSENT TO THE UNITED STATES MAGISTRATE JUDGE